UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

FRANK SISNEROS,  CIVIL NO. 06-3107 (PAM/JSM)

    Petitioner,

v.  ORDER

MARTY ANDERSON,
Warden, FMC-Rocherster,

    Respondent.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated October 9, 2007. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1. Petitioner's Petition for Writ of Habeas Corpus under Title 28 U.S.C. Section 2241 [Docket No. 1] is **DENIED**; and

2. This matter is dismissed with prejudice.

Dated: November 14, 2007

                                            s/ Paul A. Magnuson
                                            PAUL A. MAGNUSON
                                            United States District Judge